UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, Sr., | Case No.: 1:13-cv-01935-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| CDCR, et al., | [ECF No. 12] |
| Defendants. | |

Plaintiff Lonnie Lee Poslof, Sr. is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 6, 2014, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that the Court granted Plaintiff's previous application to proceed in forma pauperis in the present case on December 20, 2013, IT IS HEREBY ORDERED that Plaintiff's application filed February 6, 2014, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **February 10, 2014**

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28