UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, Sr.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01935-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND DENYING PLAINTIFF'S REQUEST FOR CLARIFICATION<br><br>[ECF No. 18] |

　　　Plaintiff Lonnie Lee Poslof, Sr. is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On April 30, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted under section 1983. Plaintiff was directed to file an amended complaint within thirty days from the date of service of that order.

　　　On May 19, 2014, Plaintiff filed a motion entitled "Motion for Leave to file Amended Complaint." Within the motion, Plaintiff requests an extension of time to file an amended complaint and requests clarification in "layman" terms the reasoning of the Court's April 30, 2014, order. The Court shall grant Plaintiff's request for an extension of time to file an amended complaint and deny his request for clarification.

# I.
# DISCUSSION

## A.  Motion for Extension of Time

Good cause having been presented to the Court Plaintiff's motion for an extension of time shall be granted.

## II.  Motion for Clarification

Plaintiff's motion for clarification seeks an advisory opinion which this Court may not issue. See Flast v. Cohen, 392 U.S. 83, 96 (1968).  Plaintiff is directly to closely review the Court's April 30, 2014, order dismissing the complaint with leave to amend, which sets forth in detail the applicable legal standards necessary to state a claim for relief under section 1983.

# II.
# ORDER

Based on the foregoing,

IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint; and

2. Plaintiff's motion for clarification is denied.

IT IS SO ORDERED.

Dated:   **June 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE