UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, Sr.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01935-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>[ECF Nos. 23, 24] |

Plaintiff Lonnie Lee Poslof, Sr. is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 21, 2014, the undersigned dismissed Plaintiff's first amended complaint, with leave to amend, for failure to state a cognizable claim for relief. Plaintiff was directed to file an amended complaint within thirty days from the date of service of that order. The thirty day time period expired and Plaintiff has failed to comply with the Court's order.

On September 3, 2014, the undersigned issued an order to show cause why the action should not be dismissed for failure to prosecute and comply with the court's previous order. Plaintiff filed a response on September 18, 2014, along with a second amended complaint.

///

///

///

1

1 | Good cause having presented to the Court,

2 | IT IS HEREBY ORDERED that the order to show cause issued September 3, 2014, is
3 | HEREBY DISCHARGED.

5 | IT IS SO ORDERED.

6 | Dated: __September 23, 2014__

UNITED STATES MAGISTRATE JUDGE