# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, Sr.,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-01935-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT, DISMISSING PLAINTIFF'S EIGHTH AMENDMENT CLAIM OF DELIBERATE INDIFFERENCE, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 28, 29] |

Plaintiff Lonnie Lee Poslof, Sr. is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 3, 2014, the Magistrate Judge filed a Findings and Recommendation which was served on Plaintiff and contained notice that Objections to the Findings and Recommendations were to be filed within twenty days.

Plaintiff filed objections on December 3, 2014.  Local Rule 304(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed on December 3, 2014 is adopted in full; and

2. This action shall proceed on Plaintiff's RLUIPA claim against Defendant Beard and Does 1 through 10;

3. Plaintiff's Eighth Amendment claim of deliberate indifference to a serious medical need is DISMISSED for failure to state a cognizable claim for relief; and

4. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated: January 12, 2015 

_____
SENIOR DISTRICT JUDGE