UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, Sr., | Case No.: 1:13-cv-01935-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S REQUEST FOR FEDERAL PROTECTION PURSUANT TO 42 U.S.C. § 1983 |
| CDCR, et al., | |
| Defendants. | [ECF Nos. 30, 32] |

Plaintiff Lonnie Lee Poslof, Sr. is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 9, 2015, the Magistrate Judge filed a Findings and Recommendation which recommended that Plaintiff's request for federal protection be denied. The Findings and Recommendation was served on Plaintiff and contained notice that objections to the Findings and Recommendation were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on January 9, 2015, is adopted in full; and
2. Plaintiff's motion for federal protection pursuant to 42 U.S.C. § 1983 is DENIED.

IT IS SO ORDERED.

Dated:   June 10, 2015

_____
SENIOR DISTRICT JUDGE